United States District Court
Southern District of Texas
**ENTERED**
April 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARCIAL MARTINEZ § | |
|    Petitioner § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:21-CV-154 |
| § | |
| UNITED STATES OF AMERICA § | |
|    Respondent | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Marcial Martinez's request for return of property filed pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis's Report and Recommendation entered as Docket Entry No. 13 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Petitioner's Motion for Return of Property should be **DISMISSED** without prejudice and Respondent's Motion to Dismiss should be **DENIED** as moot.

The Clerk shall send a copy of this Order to the Petitioner and counsel for Respondent.

  SO ORDERED April 5, 2022, at McAllen, Texas.

                                                    _____
                                                  Randy Crane
                                                  United States District Judge